Rel: January 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0228

Cortney Flurry v. Nadia Jackson, by and through her mother and next friend, Rachel Farmer; Izabekka Dulaney, by and through her mother and next friend, Rachel Farmer; and Rachel Farmer, individually (Appeal from Jefferson Circuit Court: CV-21-902546).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, and Mitchell, JJ., concur.